Submitted October 5—decided November 3, 1978

VINCENT PASCARELLA *v.* JUAN S. CANDELARIA

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*James Swaine,* in support of the petition.

*Edward F. Piazza,* in opposition.

Submitted October 26—decided November 3, 1978